STELLA NORWOOD, Appellant, *v.* FANNIE SCHACHER, as Administratrix of the Estate of SAMUEL SCHACHER, Deceased, Respondent.

(Argued January 16, 1936; decided January 31, 1936.)

*Henry J. Farrell* and *Reginald B. Williams* for appellant.
*Alvin R. Cowan* and *Harold M. Phillips* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.